PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND (CASB 314717)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONNIE LEE HILL, JR., <br>     Plaintiff, <br> v. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br>     Defendant. | CIVIL NO. 1:21-cv-00265-EPG <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> (ECF No. 16) |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will direct the Administrative Law Judge to: re-evaluate Plaintiff's residual functional capacity, re-evaluate the prior administrative medical findings; evaluate non-medical source statements; obtain vocational expert testimony to assist in determining whether there are jobs that exist in significant numbers in the national economy Plaintiff can perform despite his impairments, resolving any conflicts between the expert's

testimony and the Dictionary of Occupational Titles; take any action necessary to complete the administrative record; offer Plaintiff an opportunity for a hearing; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 28th day of February 2022.

Dated:  March 2, 2022	*/s/ Melissa Newel*
	MELISSA NEWEL
	Newel Law
	Attorney for Plaintiff


Dated:  March 2, 2022	PHILLIP A. TALBERT
	United States Attorney
	PETER K. THOMPSON
	Acting Regional Chief Counsel, Region IX
	Social Security Administration

	By:	/s/ *Margaret Lehrkind*
		MARGARET LEHRKIND
		Special Assistant United States Attorney

		Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ((ECF No. 16)), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: __March 3, 2022__         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE