Melissa Newel (CASB #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
RONNIE LEE HILL, JR.

PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel, Region IX
MARGARET LEHRKIND (CASB #314717)
Social Security Administration
Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(510) 970-4829
margaret.lehrkind@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE HILL, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  1:21-cv-00265 (EPG) <br><br> STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) <br><br> (ECF No. 19) |

1

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Ronnie Lee Hill, Jr. ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of five thousand six hundred and twenty-three dollars and forty-one cents ($5,623.41). This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

///
///
///
///
///
///

1  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
2  Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

                                                            Respectfully submitted,

Dated: May 3, 2022                        NEWEL LAW

                                    By:    <u>Melissa Newel</u>
                                                     Melissa Newel
                                                     Attorney for Plaintiff
                                                     RONNIE LEE HILL, JR.

Dated: May 3, 2022                        PHILLIP A. TALBERT
                                                   United States Attorney
                                                   PETE THOMPSON
                                                   Acting Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                                By:    <u>Margaret Lehrkind</u>*
                                                     MARGARET LEHRKIND
                                                   (*Authorized by email dated 05/3/2022*)
                                                   Special Assistant U.S. Attorney
                                                   Attorneys for Defendant

# **ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 19) and Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of five thousand six hundred and twenty-three dollars and 41 cents ($5,623.41) are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**May 4, 2022**__          /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE